

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| WILLIAM THATCHER DUNWOODY<br>BOP# 08121-028 | DOCKET NO. 09-CV-937; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| D.B. DREW, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation (Doc. No. 8) and the Supplemental Report and Recommendation (Doc. No. 13) of the Magistrate Judge previously filed herein and after a de novo review of the record, including the objections filed by the plaintiff, having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint be and is hereby **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. §1915(e)(2)(b).

THUS DONE AND SIGNED at Alexandria, Louisiana, on this 23rd day of MARCH, 2009.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE